**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DONNA MAGEE** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:25-cv-283-TBM-RPM**

**DOUGLAS A. COLLINS,** ***Secretary of Veterans Affairs, in his official capacity as head of the United States Department of Veterans Affairs*** **DEFENDANT**

**ORDER AND MEMORANDUM OPINION**

This matter came before the Court on the Motion to Dismiss [7] filed by Defendants Gulf Coast Veteran's Health System of Biloxi, Mississippi, Romaine Hatten, and Wynter King on February 26, 2026. In response to Defendants' Motion to Dismiss [7], Plaintiff Donna Magee filed a Motion for Leave to File [14] a second amended complaint, which was granted. As a result, Magee filed an Amended Complaint [17] on August 12, 2026.

"[T]he filing of an amended complaint will ordinarily moot a pending motion to dismiss unless the amended complaint 'on its face' fails to address the alleged defects identified in the motion to dismiss." *Johansen v. Myers*, No. 1:23-cv-6-LG, 2023 WL 5498060, *2 (S.D. Miss. Aug. 24, 2023) (citation omitted); *Polk v. Psychiatric Prof'l Servs., Inc.*, No. 09-cv-799, 2010 WL 1908252, at *2 (S.D. Ohio Mar. 29, 2010) ("[W]hen a motion to amend only addresses a discrete issue, it may not moot the underlying motion to dismiss."). Therefore, the pending Motion to Dismiss [7] the original complaint is moot. *See New Orleans Association of Cemetery Tour Guides and Companies v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1034 (5th Cir. 2023) ("Because the first amended complaint is nullified, we cannot consider—and thus must dismiss—an appeal . . . stemming from said complaint.").

IT IS ORDERED that Gulf Coast Veteran's Health System of Biloxi, Mississippi, Romaine Hatten, and Wynter King's Motion to Dismiss [7] is DENIED WITHOUT PREJUDICE as moot.

IT IS FURTHER ORDERED Gulf Coast Veteran's Health System of Biloxi, Mississippi, Romaine Hatten, and Wynter King's Motion to Stay Proceedings [11] is MOOT.

This, the 14th day of August, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE